UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Civil No. 06-cv-033-JD

<u>Honda Accord 2000, et al.</u>

<u>PROCEDURAL ORDER</u>

    Nay Eth has filed a motion to appoint counsel along with a financial affidavit stating that she has received notice concerning the seizure of her house (document no. 30).  Nay Eth is not charged with any criminal offense.  The government has indicated that Nay Eth qualifies for appointment of an attorney pursuant to 18 U.S.C. 983(b)(2) because she has resided at 60 Sawmill Hill Road, Berwick, Maine, for at least the past year.  She is a record owner of the property.

    Therefore, Nay Eth's motion for appointment of counsel is granted.  The clerk shall arrange for counsel for Nay Eth with the Legal Services Corporation pursuant to 18 U.S.C. § 983(b)(2).

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                               United States District Judge

May 19, 2006
cc:  Nay Eth, pro se
     Edward C. Dial, Jr., Esquire
     Paul W. Pappas, Esquire
     Brian T. Tucker, Esquire
     Jean B. Weld, Esquire