U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2006 JUN 15 A 11: 48

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.                          Civil No. 06-cv-33-JD

<u>Honda Accord 2000, et al.</u>

ORDER

Upon application of Nay Eth and finding that under 18 U.S.C. § 983(b)(2)(a) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services Corporation that Kevin Sharkey, Esq. may provide representation to the applicant on its behalf, the court orders that pursuant to 18 U.S.C. § 983 the Legal Services Corporation shall provide counsel to the applicant and that Attorney Kevin Sharkey shall be such counsel.

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to Attorney Kevin Sharkey or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

Attorney Kevin Sharkey shall promptly file an appearance in this matter on behalf of Nay Eth.

SO ORDERED.

June 15, 2006

Joseph A. DiClerico, Jr.
United States District Judge

cc:    Jean Weld, Esq.
       Paul Pappas, Esq.
       Brian Tucker, Esq.
       Vanthan R. Un, Esq.
       Kevin Sharkey, Esq.