UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                           Case No. 06-cv-33-JD

<u>Honda Accord 2000, et al.</u>

<u>O R D E R</u>

By notice dated May 22, 2006, Attorney Vanthan R. Un was instructed to register for ECF within thirty (30) days. When Attorney Un failed to register within this time frame, the clerk's office contacted him by telephone as a courtesy reminder and extended the deadline to register to July 10, 2006. As of this date, Attorney Un has not registered for ECF.

Attorney Un shall register by July 21, 2006. If he fails to register by this date, all conventionally filed documents submitted by Attorney Un from that date forward will be stricken, no court notice or orders will be forwarded to him in paper format, and the parties shall be relieved of their obligation to provide him with paper service copies of electronic filings.

SO ORDERED.

Date: July 17, 2006                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                    Joseph A. DiClerico, Jr.
                                                    U.S. District Judge

cc:     Counsel of Record